```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 44466
    MARCUS JOSEPH WARE
    SABRINA LOUISE WARE                       CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
          Debtor
    SSN XXX-XX-2289     SSN XXX-XX-2745

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 10/05/2005 and was confirmed 12/08/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was paid in full 06/25/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
CITIMORTGAGE               CURRENT MORTG          .00          .00           .00
CITIMORTGAGE               MORTGAGE ARRE     4500.00          .00       4500.00
CITIFINANCIAL              CURRENT MORTG          .00          .00           .00
CITIFINANCIAL INC          MORTGAGE ARRE      340.94          .00        340.94
HARLEM FURNITURE           SECURED            400.00        17.73        400.00
HARLEM FURNITURE           UNSECURED       NOT FILED          .00           .00
ISLAND ONE INC             SECURED           6400.00       126.91       6400.00
BANK OF AMERICA            UNSECURED       NOT FILED          .00           .00
BP OIL/AMOCO               UNSECURED       NOT FILED          .00           .00
SMC % CARSON PIRIE SCOTT   UNSECURED          275.97          .00        275.97
CATHERINES                 UNSECURED       NOT FILED          .00           .00
RESURGENT CAPITAL SERVIC   UNSECURED        13100.01          .00      13100.01
RESURGENT CAPITAL SERVIC   UNSECURED         6617.37          .00       6617.37
DAVID R MUSICH DDS         UNSECURED         2025.58          .00       2025.58
ROUNDUP FUNDING LLC        UNSECURED        14889.85          .00      14889.85
DISCOVER FINANCIAL SERVI   UNSECURED         5848.72          .00       5848.72
ECAST SETTLEMENT CORP      UNSECURED          459.89          .00        459.89
ECAST SETTLEMENT CORP      UNSECURED          278.08          .00        278.08
KOHLS                      UNSECURED          642.74          .00        642.74
WORLD FINANCIAL NETWORK    UNSECURED          863.67          .00        863.67
WORLD FINANCIAL NETWORK    UNSECURED          405.63          .00        405.63
WORLD FINANCIAL NETWORK    UNSECURED          417.15          .00        417.15
RESURGENT CAPITAL SERVIC   UNSECURED         5255.45          .00       5255.45
PORTFOLIO RECOVERY         UNSECURED         3814.13          .00       3814.13
US BANK                    UNSECURED       NOT FILED          .00           .00
RESURGENT CAPITAL SERVIC   UNSECURED         7436.48          .00       7436.48
ISLAND ONE INC             UNSECURED          442.27          .00        442.27
RESURGENT CAPITAL SERVIC   UNSECURED          673.53          .00        673.53
AT & T WIRELESS            UNSECURED          987.74          .00        987.74
PETER FRANCIS GERACI       DEBTOR ATTY       1,200.00                   1,200.00
TOM VAUGHN                 TRUSTEE                                      4,964.11
DEBTOR REFUND              REFUND                                         337.05

                  PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 44466 MARCUS JOSEPH WARE & SABRINA LOUISE WARE
```

Summary of Receipts and Disbursements:
```
-------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                 82,721.00

PRIORITY                                             .00
SECURED                                        11,640.94
   INTEREST                                       144.64
UNSECURED                                      64,434.26
ADMINISTRATIVE                                  1,200.00
TRUSTEE COMPENSATION                            4,964.11
DEBTOR REFUND                                     337.05
                      ---------------       ---------------
TOTALS                  82,721.00              82,721.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/24/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE